THE CITY OF BROOKLYN, Appellant, *v.* FREDERICK J. NODINE, Respondent.

(Argued June 20, 1882; decided June 30, 1882.)

*William G. Cooke* for motion.

*John A. Taylor* opposed.

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.

---

THE PEOPLE'S BANK OF THE CITY OF NEW YORK, Appellant, *v.* THE MECHANICS' NATIONAL BANK OF NEWARK, NEW JERSEY, Respondent.

(Submitted June 27, 1882 ; decided June 30, 1882.)

THIS was a motion to remit the return to the court below for amendment.   It was denied for reasons stated in opinion in *National Shoe and Leather Bank* v. *The Mechanics' National Bank* (*ante,* 440).

*Gray & Davenport* for motion.

*Aaron Pennington Whitehead* opposed.

DANFORTH, J., reads mem. for denial of motion.
All concur.
Motion denied.

---

In the Matter of the Application of MENDEL FRIEDMAN, Respondent, *v.* S. ALBERT MINCHS, Appellant.

In the Matter of the Application of NATHAN WALD, Appellant, *v.* SAME, Respondent.

(Submitted June 27, 1882 ; decided June 30, 1882.)

*J. H. Goodman* for motion.

Agree to deny motion to dismiss appeal.   No opinion.
All concur.
Motion denied.